UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHARLES EUBANKS,

Petitioner,

v.

RENEE BAKER, *et al.*,

Respondents.

Case No. 3:16-cv-00336-MMD-WGC

ORDER

On February 7, 2018, Respondents filed a motion to dismiss the habeas petition in this case, claiming, among other things, that several claims in the Petition are unexhausted. (ECF No. 45.) In response, Petitioner filed a motion for stay and abeyance, conceding that the Petition contains unexhausted claims and notifying the Court that he initiated a state proceeding on November 3, 2017, for the purpose of presenting his unexhausted claims to the state courts. (ECF No. 48.)

Without conceding that Petitioner meets the requirements for stay and abeyance, Respondents "agree that this Court's interests in judicial economy, and state interests in comity, would be best served by allowing the state courts to have the first opportunity to address Eubanks's unexhausted claims for relief." (ECF No. 50). *See Rhines v. Weber*, 544 U.S. 269, 277 (2005) (outlining requirements for stay and abeyance in habeas cases).

This Court has the inherent power to control its docket and the disposition of its cases with economy of time and effort for both the Court and the parties. *See Ferdik v.*

*Bonzelet*, 963 F.2d 1258, 1260 (9th Cir. 1992). Under the circumstances present here, the Court will exercise its discretion to grant a stay.

It is therefore ordered that Petitioner's motion for stay and abeyance (ECF No. 48) is granted. This action is stayed pending exhaustion of Petitioner's unexhausted claims.

It is further ordered that the grant of a stay is conditioned upon Petitioner returning to this Court with a motion to reopen within forty-five (45) days of issuance of the remittitur by the Supreme Court of Nevada at the conclusion of the state court proceedings.

It is further ordered that Respondents' motion to dismiss (ECF No. 45) is denied without prejudice.

It is further ordered that all pending motions for extension of time (ECF Nos. 44, 46, and 49) are granted *nunc pro tunc* as of their respective filing dates.

It is further ordered that the Clerk administratively close this action, until such time as the Court grants a motion to reopen the matter.

DATED THIS 28th day of August 2018.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE