UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES EUBANKS,<br><br>　　　　　　　　　Petitioner,<br>　　v.<br>RENEE BAKER, *et al.*,<br><br>　　　　　　　　　Respondents. | Case No. 3:16-cv-00336-MMD-WGC<br><br>ORDER |

This habeas corpus action has been stayed since August 28, 2018, while Petitioner Charles Eubanks exhausted claims in state court. (ECF No. 51.) On November 22, 2021, Eubanks filed a motion to reopen the case ("Motion"). (ECF No. 53.) Respondents have not opposed the Motion.

The Court finds good cause exists to grant Eubanks' Motion and reopen proceedings in this matter. (*Id.*) In addition, the Court will establish a schedule for further litigation of this action.

It is therefore ordered that Eubanks' motion to reopen (ECF No. 53) is granted.

It is further ordered that the stay of this action is lifted. The Clerk of Court is directed to open this case on the docket.

It is further ordered that the following schedule will govern the further litigation of this case. Respondents will have 60 days from the date of this order to file and serve an answer or other response to Eubanks' third amended petition for writ of habeas corpus. (ECF No. 43.) Eubanks will have 45 days following service of an answer by Respondents to file a reply. If Respondents file a motion to dismiss, Eubanks will have 30 days following

///

///

1  service of the motion to file an opposition to the motion. Respondents will thereafter have
2  30 days following service of the opposition to the motion to file and serve a reply.
3      DATED THIS 9th Day of December 2021.

                                                          MIRANDA M. DU
                                                          CHIEF UNITED STATES DISTRICT JUDGE