UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES EUBANKS,<br><br>                            Petitioner,<br>     v.<br><br>RENEE BAKER, *et al.*,<br><br>                           Respondents. | Case No. 3:16-cv-00336-MMD-WGC<br><br>ORDER |

      Pending in this habeas corpus action are three motions for extensions of time – one filed by Respondents in relation to their now-filed motion to dismiss (ECF No. 57), one filed by Petitioner Charles Eubanks in relation to his now-filed response thereto (ECF No. 60), and another filed by Respondents asking for additional time to file a reply (ECF No. 63). The Court is satisfied that all three motions were filed in good faith and not for the purpose of delay. In addition, none were opposed by the other party.

      It is therefore ordered that the motions (ECF Nos. 57, 60, 63) are granted.

      It is further ordered that Respondents' reply in support of their motion to dismiss (ECF No. 58) is due on or before October 21, 2022.

      DATED THIS 13th Day of September 2022.

MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE