UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES EUBANKS,<br><br>                    Petitioner,<br>    v.<br><br>RENEE BAKER, *et al.*,<br><br>                   Respondents. | Case No. 3:16-cv-00336-MMD-CSD<br><br>ORDER |

Respondents, through counsel, move to extend time to file their answer to the remaining grounds for relief in the Petitioner's third amended petition. (ECF No. 70.) Because the motion appears to be filed in good faith and not solely for the purpose of delay, it will be granted. The Court notes, however, that the extension will set a deadline for the answer that is more than seven months from the date the Court issued a decision on Respondents' motion to dismiss (ECF No. 67). Thus, the Court is not inclined to grant further extensions beyond this one.

It is therefore ordered that Respondents' motion to extend time to file their answer (ECF No. 70) is granted. The answer is due June 2, 2023. No further extensions will be granted absent a showing of extraordinary circumstances.

It is further ordered that Respondents' prior motions for extension of time (ECF Nos. 68, 69) are denied as moot.

DATED THIS 18th Day of April 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE