UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES EUBANKS,<br><br>                Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>                Respondents. | Case No. 3:16-cv-00336-MMD-CSD<br><br>ORDER |

Petitioner Charles Eubanks, through counsel, moves to extend time to file his reply to the Respondents' answer (ECF No. 72). (ECF No. 75.) The motion appears to be filed in good faith and not solely for the purpose of delay. In addition, counsel for Petitioner represents to the Court that opposing counsel does not oppose the extension.

It is therefore ordered that Petitioner's motion to extend time (ECF No. 75) is granted. Petitioner's reply to the Respondents' answer (ECF No. 72) is due September 15, 2023.

It is further ordered that Petitioner's prior motion for extension of time (ECF No. 74) is granted *nunc pro tunc* as of August 1, 2023.

DATED THIS 5th Day of September 2023.

_____
MIRANDA M. DU
CHIEF UNITED STATES DISTRICT JUDGE