# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES SHEA EUBANKS,<br><br>               Petitioner,<br>  v.<br>RENEE BAKER, *et al.*,<br><br>               Respondents. | Case No. 3:16-cv-00336-MMD-CSD<br><br>ORDER |

Respondents filed a Motion for Leave to File Exhibit 261 in Camera and Under Seal. (ECF No. 83.) Under Nevada law, the PSI is "confidential and must not be made a part of any public record." NRS § 176.156(5). Having reviewed and considered the matter in accordance with *Kamakana v. City and County of Honolulu*, 447 F.3d 1172 (9th Cir. 2006), and its progeny, the Court finds that a compelling need to protect Petitioner's safety, privacy, and/or personal identifying information outweighs the public interest in open access to court records. The motion to file under seal (ECF No. 83) is granted.

Respondents also filed an Unopposed Motion for Enlargement of Time (First Request) (ECF No. 81) to comply with this Court's order dated October 9, 2024 (ECF No. 78). Good cause appearing, the motion to extend time (ECF No. 81) is granted. Respondents have up to and including November 26, 2024, to comply with the Court's order dated October 9, 2024.

It is therefore ordered that Respondents' Motion for Leave to File Documents Under Seal (ECF No. 83) is granted.

It is further ordered that Exhibit No. 261 (ECF No. 84-1) remain under seal.

///

///

///

1    It is further ordered that Respondents' Unopposed Motion for Enlargement of Time (First Request) (ECF No. 81) is granted. Respondents have up to and including November 26, 2024, to comply with this Court's order dated October 9, 2024.

DATED THIS 7th Day of November 2024.

_____
MIRANDA M. DU
UNITED STATES DISTRICT JUDGE