# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| CHARLES SHEA EUBANKS,<br><br>Petitioner,<br>v.<br><br>RENEE BAKER, *et al.*,<br><br>Respondents. | Case No. 3:16-cv-00336-MMD-CSD<br><br>ORDER |

Respondents filed a Motion for Enlargement of Time (Second Request) (ECF No. 87) to comply with this Court's Order dated October 9, 2024 (ECF No. 78). Good cause exists to grant the motion.

It is therefore ordered that Respondents' Motion for Enlargement of Time (Second Request) (ECF No. 87) is granted. Respondents have up to and including December 10, 2024, to comply with this Court's Order dated October 9, 2024.

DATED THIS 27th Day of November 2024.

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE