UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

CHARLES EUBANKS,

Petitioner,

v.

JEREMY BEAN, et al.,

Respondents.

Case No. 3:16-cv-00336-MMD-CSD

ORDER

This closed habeas matter is before the Court on a Motion Requesting Judicial Notice (ECF No. 96 ("Motion")). The Motion is filed by a non-party to this action, Tanh Huu Lam. (*Id.*) Mr. Lam claims he was prosecuted in *United States v. Than Huu Lam*, 251 F.3d 852, 858 (9th Cir. 2001). (*Id.*) This Court cited *Lam* in its order in this action denying Petitioner Charles Eubanks's Petition for a Writ of Habeas Corpus. (ECF No. 91 at 13.) Lam contends the Ninth Circuit's opinion omitted facts even after his counsel informed the Circuit in a petition for rehearing en banc. (ECF No. 96 at 3-25.) He contends that this Court should alert the Ninth Circuit that it made errors in its decision in *Lam*. (*Id.*) Lam is neither a party nor an attorney representing a party to this action. There is no authority for him to file such motions in this closed habeas case. Accordingly, the Motion (ECF No. 96) is DENIED.

DATED THIS 19th Day of October 2026

MIRANDA M. DU
UNITED STATES DISTRICT JUDGE